IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REGINALD SMITH,                          )
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )          Case No. 3:12-cv-288-GPM-DGW
                                         )
DR. MAGID FAHIM, et al.,                 )
                                         )
        Defendants.                      )

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for case management purposes.   On May 22, 2012, District

Judge G. Patrick Murphy issued an Order (Doc. 8) directing Plaintiff to pay an initial partial filing

fee of $10.73.   As of the date of this Order, that initial partial filing fee has not been paid.

Plaintiff is hereby **ORDERED** to pay the initial partial filing fee by January 6, 2014 or **SHOW**

**CAUSE**, in writing by that date, why such payment has not and cannot be made.   Plaintiff is

**WARNED** that the failure to pay the initial filing fee or show cause by the deadline shall result in

a report and recommendation that this matter be dismissed for failure to prosecute and the failure

to comply with 28 U.S.C. § 1915(b)(1) and the Orders of this Court.

**IT IS SO ORDERED.**

**DATED: November 5, 2013**

                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**